IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANNETTE G. MCLAUGHLIN | : | |
| | : | Civil Action No: 04-1563 GMS |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| DIAMOND STATE PORT CORP., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 15th day of March, 2005, two copies of this Notice of Service and two copies of Plaintiff's Rule 26 Initial Disclosures were caused to be served via hand delivery on the following:

> Jason A. Cincilla, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19801

> SMITH, KATZENSTEIN & FURLOW LLP

>    /s/ Laurence V. Cronin
> Laurence V. Cronin (ID No. 2385)
> 800 Delaware Avenue, 7th Floor
> P.O. Box 410
> Wilmington, DE 19899 (Courier 19801)
> Telephone: 302-652-8400
> Telecopy: 302-652-8405
> Email: LVC@skfdelaware.com
> Attorneys for Plaintiff Dannette G. McLaughlin

Date: March 15, 2005

10000703.WPD
03193 PLDG