IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNETTE G. MCLAUGHLIN, | |
| Plaintiff, | C.A. No. 04-1563-GMS |
| v. | |
| DIAMOND STATE PORT CORPORATION, | |
| Defendant. | |

## NOTICE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of **DIAMOND STATE PORT CORPORATION'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)** were caused to be served this 17th day of March, 2005, upon the following in the manner indicated:

**BY ELECTRONIC SERVICE & HAND DELIVERY**

Laurence V. Cronin, Esquire
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Nancy C. Demis, Esquire
Dena B. Calo
GALLAGHER, SCHOENFELD, SURKIN & CHUPEIN, P.C.
25 West Second Street
P.O. Box 900
Media, PA 19063

- 2 -

                              MORRIS, NICHOLS, ARSHT & TUNNELL

                              /s/ Jason A. Cincilla
                              Donald E. Reid (#1058)
                              Jason A. Cincilla (#4232)
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE 19899
                              (302) 658-9200
                                Attorneys for Defendant
                                Diamond State Port Corporation

March 17, 2005

456304