## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the foregoing **NOTICE OF SERVICE** were caused to be served this 17th day of March, 2005, upon the following in the manner indicated:

### BY ELECTRONIC SERVICE & HAND DELIVERY

Laurence V. Cronin, Esquire
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19801

### BY ELECTRONIC MAIL

Nancy C. Demis, Esquire
Dena B. Calo
GALLAGHER, SCHOENFELD, SURKIN
& CHUPEIN, P.C.
25 West Second Street
P.O. Box 900
Media, PA 19063

Jason A. Cincilla (#4232)

456272