# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jason A. Cincilla
302 575 7414
302 498 6230 Fax
jcincilla@mnat.com

March 16, 2005

**BY HAND & ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

   Re: McLaughlin v. Diamond State Port Corporation
      C.A. No. 04-1563-GMS

Dear Judge Sleet:

   This letter is a slightly revised version of the letter to Your Honor that was electronically filed earlier today. The only difference is that the earlier version contained the civil action number of a previous action between the parties.

   Enclosed in accordance with the Court's March 1, 2005 Notice of Scheduling Conference is a joint status report of the parties. Also enclosed for the Court's review and consideration is a form of scheduling order, which has been agreed upon by the parties.

            Respectfully,

            Jason A. Cincilla (#4232)

Enclosures

cc: Dr. Peter T. Dalleo, Clerk (w/enc.) (by electronic filing)
   Laurence V. Cronin, Esquire (w/enc.) (by electronic mail)
   Dena Calo, Esquire (w/ enc.) (by electronic mail)