**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(Courier 19801)
Telephone: (302) 652-8400
Telecopy: (302) 652-8405
www.skfdelaware.com

March 30, 2005

*VIA E-FILING*

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

>   *Re:   McLaughlin v. Diamond State Port Corp.*
>           *C.A. No. 04-1563 GMS*

Dear Judge Sleet:

Pursuant to Your Honor's request, enclosed is a scheduling order that has been agreed to by the parties in the above referenced matter. If Your Honor has any questions, counsel are available at the convenience of the Court.

Respectfully,

/s/ Laurence V. Cronin

Laurence V. Cronin (ID No. 2385)

LVC/vkm

Enclosure

cc:    Clerk of Court (via e-filing w/ enc.)
        Jason A. Cincilla, Esquire (via e-filing w/ enc.)
        Nancy C. DeMis, Esquire (via facsimile w/ enc.)

10001245.WPD
03193 PLDG