IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNETTE G. MCLAUGHLIN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1563-GMS |
| DIAMOND STATE PORT CORPORATION, | : |
| Defendant. | : |

## ORDER

At Wilmington this **5th** day of **May, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, August 3, 2005 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the parties' interest in court-assisted ADR. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE