# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNETTE G. MCLAUGHLIN | |
| v. | Civil Action No. 04-1563 GMS |
| DIAMOND STATE PORT CORP. | |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that the plaintiffs, through their attorneys, GALLAGHER, SCHOENFELD, SURKIN, CHUPEIN & DEMIS, P.C., will take the depositions of the individuals listed on Exhibit "A" attached hereto on the dates and times designated, at the law offices of Smith Katzenstein Furlow LLP, 800 Delaware Avenue, 7th Fl., Wilmington, DE 19899, upon oral examination, before a Notary Public or some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and participate in the examination.

Date:   May 27, 2005

SMITH, KATZENSTEIN & FURLOW LLP

   /s/ Laurence V. Cronin
Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: LVC@skfdelaware.com

Attorneys for Plaintiff

10003221.WPD

**EXHIBIT "A"**

| DEPONENT | DATE | TIME |
|---|---|---|
| Ronald Betts, Supervisor | 7/18/05 | 10:00 a.m. |
| Sylvia Floyd-Kinnard | 7/18/05 | 2:00 p.m. |
| Dannye Gamble, Supervisor | 7/19/05 | 9:00 a.m. |
| Russel Corbin, Supervisor | 7/19/05 | 11:00 a.m. |
| Tina Woolford, A Class Employee | 7/19/05 | 2:00 p.m. |
| Chrissy Maddox, B class employee | 7/19/05 | 4:00 p.m. |
| April Bailey, B class employee | 7/20/05 | 9:00 a.m. |
| Malcolm Cutler | 7/20/05 | 11:00 a.m. |
| Glenn Harris | 7/20/05 | 2:00 p.m. |
| Paul Kelley | 7/20/05 | 4:00 p.m. |

10003221.WPD

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of May, 2005, a copy of the foregoing **Notice of Depositions** was caused to be served via electronic filing on the following:

>Jason A. Cincilla, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347

>  /s/ Laurence V. Cronin
>Laurence V. Cronin (ID No. 2385)

10003221.WPD