IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNETTE G. MCLAUGHLIN | : |
| | : Civil Action No: 04-1563 GMS |
| Plaintiff, | : |
| | : |
| v. | : JURY TRIAL DEMANDED |
| | : |
| DIAMOND STATE PORT CORP., | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 31st day of May, 2005, copies of this Notice of Service were served via e-filing and on the 27th day of May, 2005, copies of Plaintiff's First Set of Interrogatories were caused to be served via first class mail on the following:

    Jason A. Cincilla, Esquire
    Morris Nichols Arsht & Tunnell
    1201 N. Market Street
    Wilmington, DE 19801

    SMITH, KATZENSTEIN & FURLOW LLP

    /s/ Laurence V. Cronin
    _____
    Laurence V. Cronin (ID No. 2385)
    800 Delaware Avenue, 7th Floor
    P.O. Box 410
    Wilmington, DE 19899 (Courier 19801)
    Telephone: 302-652-8400
    Telecopy: 302-652-8405
    Email: LVC@skfdelaware.com
    Attorneys for Plaintiff Dannette G. McLaughlin

Date: May 31, 2005

10003264.WPD
03193 PLDG