IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNETTE G. MCLAUGHLIN | : |
| | :     Civil Action No: 04-1563 GMS |
| Plaintiff, | : |
| | : |
| v. | :     JURY TRIAL DEMANDED |
| | : |
| DIAMOND STATE PORT CORP., | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 31st day of May, 2005, copies of this Notice of Service were served via e-filing and on the 27th day of May, 2005, copies of Plaintiff's First Set of Requests For Production of Documents were caused to be served via first class mail on the following:

        Jason A. Cincilla, Esquire
        Morris Nichols Arsht & Tunnell
        1201 N. Market Street
        Wilmington, DE 19801

        SMITH, KATZENSTEIN & FURLOW LLP

        /s/ Laurence V. Cronin
        Laurence V. Cronin (ID No. 2385)
        800 Delaware Avenue, 7th Floor
        P.O. Box 410
        Wilmington, DE 19899 (Courier 19801)
        Telephone: 302-652-8400
        Telecopy: 302-652-8405
        Email: LVC@skfdelaware.com
        Attorneys for Plaintiff Dannette G. McLaughlin

Date: May 31, 2005