IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNETTE G. MCLAUGHLIN,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND STATE PORT CORPORATION,<br><br>Defendant. | C.A. No. 04-1563-GMS |

### STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and among counsel for the parties, that the above-captioned action is hereby dismissed with prejudice, each party to bear its own fees and costs.

SMITH, KATZENSTEIN & FURLOW LLP

_/s/ Laurence V. Cronin_
Laurence V. Cronin (#2385)
800 Delaware Avenue
Wilmington, DE 19899
(302) 652-8400
   Attorneys for Plaintiff
   Dannette G. McLaughlin

DATED: 7/6/05

MORRIS, NICHOLS, ARSHT & TUNNELL

_/s/ Jason A. Cincilla_
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   Attorneys for Defendant
   Diamond State Port Corporation

DATED: 7/11/05

472840v.1