## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNETTE G. MCLAUGHLIN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1563-GMS |
| DIAMOND STATE PORT CORPORATION, | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **20th** day of **July, 2005**.

IT IS ORDERED that the teleconference scheduled for Wednesday, August 3, 2005 at 9:00 a.m. with Magistrate Judge Thynge to discuss the status of the case and the parties' interest in court-assisted ADR is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE